# United States Bankruptcy Court
## Southern District of Florida

In re **Mapuche, LLC**  
Debtor(s)

Case No. _____  
Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Mapuche, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Tangshan Ganglu Iron & Steel Company Ltd  
Zhenhai Dong Jie  
Zunhua City  
Hebel Province  
People's Republic of China

☐ None [*Check if applicable*]

Date **10/13/2014**

*Wei Chen, Manager*