# United States Bankruptcy Court
## Southern District of Florida

In re   **Mapuche, LLC**                                                                  Case No.   14-32827
                                      Debtor(s)                                           Chapter    7

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   10/13/2014

                          Wei Chen/Manager
                          Signer/Title

American Education & Translation
8250 SW 116 Street
Miami, FL 33156


Becker & Poliakoff PA
1 East Broward Blvd
Ste 1800
Fort Lauderdale, FL 33301


Global Legal Discovery LLC
1330 Spring Street
Ste 100
Atlanta, GA 30309


GrayRobinson PA
301 E Pine Street
Suite 1400
PO Box 3068
Orlando, FL 32802


Hong Huang
21200 NE 38 Ave
Ste 2805
Aventura, FL 33180


International Revenue Service
Ogden, UT 84201-0039


Jin Zhi Star (US) Company
375 North University Dr
Plantation, FL 33324


LNT Trucking Inc
3521 Farrington Street
#2R
Flushing, NY 11354


Mercedes Benz Financial Service
P O Box 5209
Carol Stream, IL 60197


Nation Glory Limited

```
Porsche Payment Center
75 Remittance Drive
Suite 1738
Chicago, IL 60675-1738


Tangshan Ganglu Iron&steel Co Ltd
198 East Street
Hebei Province Zunhua Zhenhai


Trump National Golf Club
100 Shadow Tree Lane
Briarcliff Manor, NY 10510


W C
21200 NE 38 Ave
Ste 2805
Aventura, FL 33180


Z J
1852 Aspen Lane
Weston, FL 33327


Zheng Cai Xia


Zhenzeng Du
21200 NE 38 Ave
Ste 2503
Aventura, FL 33180
```