UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                                              CASE NO. 14-32827-BKC-JKO
Mapuche, LLC,                                                                 CHAPTER 7

     Debtor.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the (i) NOTICE OF HEARING (ECF No. 38) on the CHAPTER 7 TRUSTEE'S APPLICATION FOR EMPLOYMENT OF SANDIROSE MAGDER AND ANALYTIC CONSULTING GROUP, LLC AS FINANCIAL CONSULTANT AND ADVISOR (ECF No. 36), and the (ii) NOTICE OF HEARING (ECF No. 39) on the CHAPTER 7 TRUSTEE'S APPLICATION FOR EMPLOYMENT OF DANIEL SOCEK AND CYPHERENSICS AS FORENSIC COMPUTER CONSULTANT (ECF No. 37) were served this 28th day of October, 2014 via CM/ECF electronic notice and/or via U.S. Mail, postage pre-paid to the parties on the below Service List.

Respectfully submitted this 28th day of October, 2014

                                              GENOVESE JOBLOVE & BATTISTA, P.A.
                                              Attorneys for Chapter 7 Trustee
                                              100 Southeast Second Street, Suite 4400
                                              Miami, Florida 33131
                                              Telephone: (305) 349-2300
                                              Facsimile : (305) 349-2310

                                              By: /s/ Michael L. Schuster
                                                  Michael L. Schuster
                                                 Florida Bar No. 57119
                                                 mschuster@gjb-law.com

## SERVICE LIST

**VIA CM/ECF**

**14-32827-JKO Notice will be electronically mailed to:**

Mark A Levy, Esq on behalf of Interested Party City of Plantation
mark.levy@brinkleymorgan.com,
sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com

Nicole L Levy on behalf of Interested Party Tangshan Ganglu Iron & Steel Company, Ltd.
nllevy@duanemorris.com, LRTaseff@duanemorris.com,dperez@duanemorris.com,YArnavat-Parga@duanemorris.com

Brett D Lieberman on behalf of Debtor Mapuche LLC
blieberman@messana-law.com, thurley@messana-law.com;emair@messana-law.com;nbarrus@messana-law.com;tmessana@messana-law.com;tmessana@bellsouth.net

Thomas M. Messana, Esq. on behalf of Debtor Mapuche LLC
tmessana@messana-law.com, emair@messana-law.com;blieberman@messana-law.com;thurley@messana-law.com;tmessana@bellsouth.net;nbarrus@messana-law.com;ekates@bakerlaw.com;jmooremaley@messana-law.com;tzeichman@messana-law.com

Glenn D Moses, Esq on behalf of Trustee Kenneth A Welt
gmoses@gjb-law.com, gjbecf@gjb-law.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Michael L Schuster on behalf of Trustee Kenneth A Welt
mschuster@gjb-law.com, gjbecf@gjb-law.com;mchang@gjb-law.com

Steven J. Solomon, Esq. on behalf of Creditor BCEGI, LLC
steven.solomon@gray-robinson.com, lnegron@gray-robinson.com;lauren.rome@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com

Steven J. Solomon, Esq. on behalf of Creditor GHJ Construction Corporation
steven.solomon@gray-robinson.com, lnegron@gray-robinson.com;lauren.rome@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com

Kevin E. Vance on behalf of Interested Party Tangshan Ganglu Iron & Steel Company, Ltd.
kevance@duanemorris.com, cmackey@duanemorris.com;pnmendoza@duanemorris.com

Kenneth A Welt
fl10@ecfcbis.com;pacerfilings@gmail.com;kaw@trustesolutions.net;court@trusteeservices.biz

**<u>VIA U.S. MAIL TO ALL PARTIES ON THE ATTACHED CREDITOR MATRIX</u>**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 14-32827-JKO<br>Southern District of Florida<br>Fort Lauderdale<br>Tue Oct 28 23:30:07 EDT 2014 | BCEGI, LLC | City of Plantation<br>Brinkley Morgan<br>Mark A. Levy<br>200 E Las Olas Blvd #1900<br>Ft. Lauderdale, FL 33301-2248 |
| Mapuche LLC<br>375 North University Drive<br>Plantation, FL 33324-1915 | American Education & Translation<br>8250 SW 116 Street<br>Miami, FL 33156-4341 | Becker & Poliakoff PA<br>1 East Broward Blvd<br>Ste 1800<br>Fort Lauderdale, FL 33301-1876 |
| Global Legal Discovery LLC<br>1330 Spring Street<br>Ste 100<br>Atlanta, GA 30309-2810 | GrayRobinson PA<br>301 E Pine Street<br>Suite 1400<br>PO Box 3068<br>Orlando, FL 32802-3068 | Hong Huang<br>21200 NE 38 Ave<br>Ste 2805<br>Aventura, FL 33180-3879 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Jin Zhi Star (US) Company<br>375 North University Dr<br>Plantation, FL 33324-1915 | LNT Trucking Inc<br>3521 Farrington Street<br>#2R<br>Flushing, NY 11354-2803 |
| Mercedes Benz Financial Service<br>P O Box 5209<br>Carol Stream, IL 60197-5209 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Porsche Payment Center<br>75 Remittance Drive<br>Suite 1738<br>Chicago, IL 60675-1738 |
| Trump National Golf Club<br>100 Shadow Tree Lane<br>Briarcliff Manor, NY 10510-2259 | W C<br>21200 NE 38 Ave<br>Ste 2805<br>Aventura, FL 33180-3879 | Z J<br>1852 Aspen Lane<br>Weston, FL 33327-2356 |
| Zhenzeng Du<br>21200 NE 38 Ave<br>Ste 2503<br>Aventura, FL 33180-3862 | Brett D Lieberman<br>401 E Las Olas Blvd # 1400<br>Ft Lauderdale, FL 33301-2218 | Kenneth A Welt<br>1776 Pine Island Rd #101<br>Plantation, FL 33322-5200 |
| Thomas M. Messana Esq.<br>401 E Las Olas Blvd # 1400<br>Fort Lauderdale, FL 33301-2218 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

International Revenue Service
Ogden, UT 84201-0039

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)GHJ Construction Corporation | (u)Tangshan Ganglu Iron & Steel Company, Ltd. | (u)Nation Glory Limited |
| (u)Tangshan Ganglu Iron&steel Co Ltd<br>198 East Street<br>Hebei Province Zunhua Zhenhai | (u)Zheng Cai Xia | End of Label Matrix<br>Mailable recipients    21<br>Bypassed recipients     5<br>Total                  26 |