United States Bankruptcy Court
Southern District of Florida

In re:                                                                Case No. 14-32827-JKO
Mapuche LLC                                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-0         User: graster-t          Page 1 of 2           Date Rcvd: Nov 12, 2014
                             Form ID: pdf002          Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 14, 2014.
db          #+Mapuche LLC,   375 North University Drive,   Plantation, FL 33324-1915
smg          +Broward County Tax Collector,   115 S Andrews Ave,   Ft Lauderdale, FL 33301-1818
smg           Florida Department of Revenue,   POB 6668,   Tallahassee, FL  32314-6668
intp         +City of Plantation,   Brinkley Morgan,   Mark A. Levy,   200 E Las Olas Blvd #1900,
               Ft. Lauderdale, FL 33301-2248
92604905     +American Education & Translation,   8250 SW 116 Street,   Miami, FL 33156-4341
92606610     +Becker & Poliakoff PA,   1 East Broward Blvd,   Ste 1800,   Fort Lauderdale, FL 33301-1876
92606611     +Global Legal Discovery LLC,   1330 Spring Street,   Ste 100,   Atlanta, GA 30309-2810
92606612     +GrayRobinson PA,   301 E Pine Street,   Suite 1400,   PO Box 3068,   Orlando, FL 32802-3068
92606613     +Hong Huang,   21200 NE 38 Ave,   Ste 2805,   Aventura, FL 33180-3879
92606615     +Jin Zhi Star (US) Company,   375 North University Dr,   Plantation, FL 33324-1915
92606616     +LNT Trucking Inc,   3521 Farrington Street,   #2R,   Flushing, NY 11354-2803
92606617     +Mercedes Benz Financial Service,   P O Box 5209,   Carol Stream, IL 60197-5209
92606619      Porsche Payment Center,   75 Remittance Drive,   Suite 1738,   Chicago, IL 60675-1738
92606621     +Trump National Golf Club,   100 Shadow Tree Lane,   Briarcliff Manor, NY 10510-2259
92606622     +W C,   21200 NE 38 Ave,   Ste 2805,   Aventura, FL 33180-3879
92606623     +Z J,   1852 Aspen Lane,   Weston, FL 33327-2356
92606625     +Zhenzeng Du,   21200 NE 38 Ave,   Ste 2503,   Aventura, FL 33180-3862

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
92606614       E-mail/Text: cio.bncmail@irs.gov Nov 13 2014 01:41:17      International Revenue Service,
               Ogden, UT 84201-0039
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
92606618        Nation Glory Limited
92606620        Tangshan Ganglu Iron&steel Co Ltd,   198 East Street,   Hebei Province Zunhua Zhenhai
92606624        Zheng Cai Xia
smg*            Florida Department of Revenue,   POB 6668,   Tallahassee, FL  32314-6668
                                                                             TOTALS: 3, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2014                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 12, 2014 at the address(es) listed below:
              Brett D Lieberman    on behalf of Debtor    Mapuche LLC blieberman@messana-law.com,
               thurley@messana-law.com;emair@messana-law.com;nbarrus@messana-law.com;tmessana@messana-law.com;tm
               essana@bellsouth.net
              Glenn D Moses, Esq    on behalf of Trustee Kenneth A Welt gmoses@gjb-law.com,    gjbecf@gjb-law.com
              Kenneth A Welt
               fl10@ecfcbis.com;pacerfilings@gmail.com;kaw@trustesolutions.net;court@trusteeservices.biz
              Kevin E. Vance    on behalf of Interested Party    Tangshan Ganglu Iron & Steel Company, Ltd.
               kevance@duanemorris.com,    cmackey@duanemorris.com;pnmendoza@duanemorris.com
              Mark A Levy, Esq    on behalf of Interested Party    City of Plantation
               mark.levy@brinkleymorgan.com,    sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com
              Michael L Schuster    on behalf of Trustee Kenneth A Welt mschuster@gjb-law.com,
               gjbecf@gjb-law.com;mchang@gjb-law.com
              Nicole L Levy    on behalf of Interested Party    Tangshan Ganglu Iron & Steel Company, Ltd.
               nllevy@duanemorris.com,    LRTaseff@duanemorris.com,dperez@duanemorris.com,
               YArnavat-Parga@duanemorris.com,shmarder@duanemorris.com,DiMassa@duanemorris.com,
               LJKotler@duanemorris.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

```
District/off: 113C-0           User: graster-t              Page 2 of 2                  Date Rcvd: Nov 12, 2014
                               Form ID: pdf002              Total Noticed: 18


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Steven J. Solomon, Esq.    on behalf of Creditor   BCEGI, LLC steven.solomon@gray-robinson.com,
               lnegron@gray-robinson.com;lauren.rome@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com
              Steven J. Solomon, Esq.    on behalf of Creditor   GHJ Construction Corporation
               steven.solomon@gray-robinson.com,
               lnegron@gray-robinson.com;lauren.rome@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com
              Thomas M. Messana, Esq.    on behalf of Debtor    Mapuche LLC tmessana@messana-law.com,
               emair@messana-law.com;blieberman@messana-law.com;thurley@messana-law.com;tmessana@bellsouth.net;n
               barrus@messana-law.com;ekates@bakerlaw.com;jmooremaley@messana-law.com;tzeichman@messana-law.com
                                                                                                   TOTAL: 11
```



**ORDERED in the Southern District of Florida on November 9, 2014.**

**John K. Olson, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

In re:
US Capital/Fashion Mall, LLC                    Case No. 14-32819-JKO
                                                Chapter 7
US Capital Holdings, LLC
                                                Jointly Administered
Mapuche LLC                                     Case Nos. 14-32819-JKO
                                                14-32822-JKO, 14-32827-JKO

            Debtors,
_____/

## ORDER JOINTLY ADMINISTERING CHAPTER 7 CASES

This matter came before the court at a hearing on October 30, 2014 on a motion filed pursuant to Bankruptcy Rule 1015 and Local Rule 1015-1(B)(2)(b).

The cases identified in the caption of this order are pending in this court by or against affiliated corporations.  It appears that these cases should be jointly administered as authorized

under Bankruptcy Rule 1015 and Local Rule 1015-1.

Kenneth A. Welt has been assigned as trustee to these cases. Upon joint administration, Mr. Welt will continue to be the sole trustee assigned to administer all of the cases referenced in this order. Accordingly, it is

**ORDERED** that:

1. These cases shall be jointly administered. Case No. 14-32819-JKO is designated the "lead case".

2. A single case docket and court file will be maintained hereunder under the "lead case" number.

3. Pleadings filed in other than the lead case shall be captioned under the lead case name and case number followed by the words "(Jointly Administered)" and beneath that caption, the case names and numbers for the cases in which the document is being filed. Claims filed shall indicate only the case name and number of the case in which the claim is asserted. Separate claims registers shall be maintained for each case.

4. The trustee will not commingle assets or liabilities unless and until it is determined, after notice and hearing, that these cases involve the same debtor or that another ground exists to order substantive consolidation of these cases.

###

Submitted by:
Brett D. Lieberman, Esq., Messana, P.A., 401 East Las Olas Boulevard, Suite 1400, Fort Lauderdale, Florida 33301, Telephone (954) 712-7400, Facsimile (954) 712-7401, Email blieberman@messana-law.com.

Copy furnished to:

Brett D. Lieberman, Esq, who is directed to serve a conformed copy of this Order on the Debtor, the U.S. Trustee, the Trustee, and the Attorney for the Trustee.