UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| In re: | § | Case No. 14-32827-PGH |
|---|---|---|
| | § | |
| MAPUCHE LLC | § | |
| | § | |
| | § | |
| Debtor | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Kenneth A. Welt, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $2,260,901.53 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $2,012,143.71 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $18,800.74 | | |

3) Total gross receipts of $2,030,944.45[1] (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $2,030,944.45[1] from the liquidation of the property of the estate, which was distributed as follows:

---

[1] **This amount includes transfers from US Capital Holdings, LLC #14-32822 $3,005.32, and transfers from US Capital Fashion Mall #14-32819 in the amount of $1,998,447.06.**

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $50,000,000.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $18,800.74 | $18,800.74 | $18,800.74 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $160,261.04 | $47,674.15 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $100,989,004.78 | $35,993,051.08 | $22,604,941.64 | $2,012,143.71 |
| **Total Disbursements** | $151,149,265.82 | $36,059,525.97 | $22,623,742.38 | $2,030,944.45 |

4). This case was originally filed under chapter 7 on 10/14/2014. The case was pending for 66 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>04/21/2020</u>          By:   <u>/s/ Kenneth A. Welt</u>
                                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Bank of America Checking Account No. xxxx xxxx 5425 8181 W Broward Blvd Plantation, FL 33324 | 1129-000 | $13,197.26 |
| Bank of America Savings Account No. xxxx xxxx 5412 8181 W Broward Blvd Plantation, FL 33324 | 1129-000 | $199.15 |
| Maxim Valuations Inc. Property Valuation, Retainer (Prepaid) 2932 Hidden Harbour Ct Fort Lauderdale, FL 33312 | 1129-000 | $7,000.00 |
| State of Florida Tax Refund | 1224-000 | $177.29 |
| Sheraton Funds Turnover | 1241-000 | $8,918.37 |
| Fashion Holdings | 1290-002 | $3,005.32 |
| Fashion Mall | 1290-002 | $1,969,254.04 |
| US Capital | 1290-002 | $2,343.90 |
| US Capital Fashion Mall | 1290-002 | $20,712.88 |
| US Capital Fashion Mall | 1290-002 | $6,136.24 |
| **TOTAL GROSS RECEIPTS** | | **$2,030,944.45** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bo Rui Investment Pte. Ltd. | 4110-000 | $50,000,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$50,000,000.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES
NONE

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| International Sureties, Ltd. | 2300-000 | NA | $10.03 | $10.03 | $10.03 |
| Premium Assignment Corporation | 2420-000 | NA | $17,351.75 | $17,351.75 | $17,351.75 |
| Green Bank | 2600-000 | NA | $502.64 | $502.64 | $502.64 |
| Fire Alarm Systems & Security | 2990-000 | NA | $21.54 | $21.54 | $21.54 |
| Florida Power & Light | 2990-000 | NA | $914.78 | $914.78 | $914.78 |

UST Form 101-7-TDR (10/1/2010)

|  |  |  |  |  |
|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | NA | $18,800.74 | $18,800.74 | $18,800.74 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Internal Revenue Service | 5800-000 | $0.00 | $2,106.05 | $0.00 | $0.00 |
| 5-2 | Hong Huang | 5800-000 | $9,677.42 | $9,677.42 | $0.00 | $0.00 |
| 10-2P | Wei Chen | 5800-000 | $30,241.94 | $30,241.49 | $0.00 | $0.00 |
| 11 | Zhe Jiang | 5800-000 | $5,649.19 | $5,649.19 | $0.00 | $0.00 |
|  | Xue Han | 5800-000 | $5,461.55 | $0.00 | $0.00 | $0.00 |
|  | Zhanjiang Chi | 5800-000 | $54,615.47 | $0.00 | $0.00 | $0.00 |
|  | Zhenzeng Du | 5800-000 | $54,615.47 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $160,261.04 | $47,674.15 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cherry Bekaert LLP | 7100-000 | $13,000.00 | $5,500.00 | $5,500.00 | $2,262.77 |
| 2 | GlassRatner Advisory &#038; Capital Group LLC | 7100-000 | $8,151.00 | $5,191.00 | $5,191.00 | $2,135.64 |
| 3GUC | Internal Revenue Service | 7100-000 | $0.00 | $1.28 | $1.28 | $632.21 |
| 3Sub | Internal Revenue Service | 7300-000 | $1,950.00 | $1,950.00 | $1,950.00 | $0.00 |
|  | Clerk, US Bankruptcy Court (Claim No. 3Sub; Internal Revenue Service) | 7300-001 | $0.00 | $0.00 | $0.00 | $0.11 |
| 4 | Berger Singerman LLP | 7100-000 | $0.00 | $12,829.06 | $12,829.06 | $5,278.04 |
| 6 | DeSouza Law, PA | 7100-000 | $0.00 | $25,425.70 | $25,425.70 | $10,460.46 |
| 7-2 | Jin Zhi Star (US) Company | 7100-000 | $3,466,280.26 | $12,920,065.48 | $0.00 | $0.00 |
| 8 | Document Technologies | 7100-000 | $0.00 | $7,234.26 | $7,234.26 | $2,343.90 |
|  | Clerk, US Bankruptcy Court | 7100-001 | $0.00 | $0.00 | $0.00 | $632.37 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| | (Claim No. 8; Document Technologies) | | | | | |
| 9 | De Lage Landen Financial Services | 7100-000 | $0.00 | $16,662.36 | $16,662.36 | $6,855.10 |
| 10-2U | Wei Chen | 7100-000 | $84,214.43 | $424,149.93 | $0.00 | $0.00 |
| 12 | ASIANINVESTMENT, LLC | 7100-000 | $48,650,000.00 | $22,500,000.00 | $22,500,000.00 | $1,966,782.89 |
| 13 | Becker &#038; Poliakoff, P.A. | 7100-000 | $42,418.21 | $35,538.08 | $0.00 | $0.00 |
| 14 | LNT TRUCKING INC. | 7100-000 | $9,325.00 | $26,143.54 | $26,143.54 | $8,470.51 |
| | Clerk, US Bankruptcy Court (Claim No. 14; LNT TRUCKING INC.) | 7100-001 | $0.00 | $0.00 | $0.00 | $2,285.27 |
| 15 | Wei Chen | 7100-000 | $0.00 | $1.00 | $0.00 | $0.00 |
| 16 | A. Frank Hicks | 7100-000 | $0.00 | $12,359.39 | $4,004.44 | $4,004.44 |
| | American Education & Translation | 7100-000 | $10,930.00 | $0.00 | $0.00 | $0.00 |
| | Bank of America | 7100-000 | $9,862.72 | $0.00 | $0.00 | $0.00 |
| | Big Profit Asia Limited | 7100-000 | $100,000.00 | $0.00 | $0.00 | $0.00 |
| | Cheer Force Investments Limited Add | 7100-000 | $999,979.00 | $0.00 | $0.00 | $0.00 |
| | Du Zhenzeng or MDM Zheng Dongxia | 7100-000 | $5,000,000.00 | $0.00 | $0.00 | $0.00 |
| | Global Legal Discovery LLC | 7100-000 | $7,234.26 | $0.00 | $0.00 | $0.00 |
| | Grand Faith Trading Limited Add.Fla | 7100-000 | $2,049,958.00 | $0.00 | $0.00 | $0.00 |
| | GrayRobinson PA | 7100-000 | $3,752.50 | $0.00 | $0.00 | $0.00 |
| | Hao Yuan Investment Pte Ltd | 7100-000 | $4,999,766.83 | $0.00 | $0.00 | $0.00 |
| | Hong Huang | 7100-000 | $8,000.00 | $0.00 | $0.00 | $0.00 |
| | Market Energy Limited | 7100-000 | $34,000,000.00 | $0.00 | $0.00 | $0.00 |
| | Max More Company Add. Shop 59 G/F | 7100-000 | $899,958.00 | $0.00 | $0.00 | $0.00 |
| | Mercedes Benz Financial Service | 7100-000 | $101,183.63 | $0.00 | $0.00 | $0.00 |
| | Milner, Inc. | 7100-000 | $18.83 | $0.00 | $0.00 | $0.00 |
| | Nation Glory Limited | 7100-000 | $47,722.22 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | Porsche Payment Center | 7100-000 | $59,376.29 | $0.00 | $0.00 | $0.00 |
| | Tengshu Wang | 7100-000 | $1,100.00 | $0.00 | $0.00 | $0.00 |
| | Trans Wagon Int'l (HK) Co. Limited | 7100-000 | $99,979.00 | $0.00 | $0.00 | $0.00 |
| | Trump National Golf Club | 7100-000 | $415.05 | $0.00 | $0.00 | $0.00 |
| | Zheng Cai Xia | 7100-000 | $300,000.00 | $0.00 | $0.00 | $0.00 |
| | Zhenzeng Du | 7100-000 | $9,759.55 | $0.00 | $0.00 | $0.00 |
| | ZJ | 7100-000 | $4,670.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $100,989,004.78 | $35,993,051.08 | $22,604,941.64 | $2,012,143.71 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 14-32827-PGH | | Trustee Name: | Kenneth A. Welt |
|---|---|---|---|---|
| Case Name: | MAPUCHE LLC | | Date Filed (f) or Converted (c): | 10/14/2014 (f) |
| For the Period Ending: | 4/21/2020 | | §341(a) Meeting Date: | 11/19/2014 |
| | | | Claims Bar Date: | 02/17/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1 | Bank of America Checking Account No. xxxx xxxx 5425 8181 W Broward Blvd Plantation, FL 33324 | $37,901.52 | $37,901.52 | | $13,197.26 | FA |
| 2 | Bank of America Savings Account No. xxxx xxxx 5412 8181 W Broward Blvd Plantation, FL 33324 | $5,699.11 | $5,699.11 | | $199.15 | FA |
| 3 | Rockefeller Group Business Center Lease Security Deposit 45 Rockefeller Plaza, Ste 2000 New York, NY 10111 | $10,530.00 | $10,530.00 | | $0.00 | FA |
| 4 | US Capital Holdings, LLC 100% Ownership Interest 375 N University Drive Plantation, FL 33324 | $0.00 | $1.00 | | $0.00 | FA |
| 5 | Receivable from Wei Chen Payment for 375 Office 2013 R E Tax 21200 NE 38 Ave, Ste 2805 Aventura, FL 33180 | $11,830.06 | $11,830.06 | | $0.00 | FA |
| 6 | Receivable on Account of Sheraton Acquisition Payments Related to Plantation Sheraton Suites Acquisition | $1,640,694.52 | $1,640,694.52 | | $0.00 | FA |
| 7 | Receivable from Jin Zhi Star (US) | $605.02 | $605.02 | | $0.00 | FA |
| 8 | Receivable from US Capital Holdings Intercompany 375 N University Drive Plantation, FL 33324 | $0.00 | $1.00 | | $0.00 | FA |
| 9 | Receivable from 321 North CM Fund Loaned to G C Entity 375 N University Drive Plantation, FL 33324 | $28,000.00 | $28,000.00 | | $0.00 | FA |
| 10 | Receivable from US Silver Seas Holdings Fund Loaned to EB5 Regional Center Entity | $133,000.00 | $133,000.00 | | $0.00 | FA |
| 11 | Receivable from US Prosperity R C Loan Forming EB5 Regional Center Entity | $93,660.40 | $93,660.40 | | $0.00 | FA |
| 12 | Receivable from WCH Synergy I Loan for EB5 Related Entity | $49,925.32 | $49,925.32 | | $0.00 | FA |
| 13 | Receivable from Zhanjiang Chi Loan for Mr. Du's Uncle 21200 NE 38 Ave. Ste 2503 Aventura, FL 33180 | $169,515.87 | $169,515.87 | | $0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 14-32827-PGH | Trustee Name: | Kenneth A. Welt |
|---|---|---|---|
| Case Name: | MAPUCHE LLC | Date Filed (f) or Converted (c): | 10/14/2014 (f) |
| For the Period Ending: | 4/21/2020 | §341(a) Meeting Date: | 11/19/2014 |
| | | Claims Bar Date: | 02/17/2015 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 14 | Receivable from Gui Lin Ma Loan for Du's Visit Occurred Expenses | $9,956.02 | $9,956.02 | | $0.00 | FA |
| 15 | Receivable from Peng Xu Loan to One USC Employee For His Tuitions | $20,395.42 | $20,395.42 | | $0.00 | FA |
| 16 | Receivable from Xiushan Zhang Loan for Former EB5 Investor | $23,778.37 | $23,778.37 | | $0.00 | FA |
| 17 | Receivable from Xiuhe Sun Loan for Former EB5 Investor | $1,803.60 | $1,803.60 | | $0.00 | FA |
| 18 | Receivable from Haifu Han Loan for Former EB5 Investor | $5,983.98 | $5,983.98 | | $0.00 | FA |
| 19 | Receivable from Lan Jian Ge Loan for Former EB5 Investor | $20,000.00 | $20,000.00 | | $0.00 | FA |
| 20 | Receivable from Wei Dong Lu Loan at Direction of Mr. Du | $9,680.00 | $9,680.00 | | $0.00 | FA |
| 21 | Becker & Poliakoff Retainer Balance as of 9/30/2014 (Prepaid) 1 East Broward Blvd. Ste 1800 Fort Lauderdale, FL 33301 | $19,042.95 | $19,042.95 | | $0.00 | FA |
| 22 | 2007 Mercedes-Benz SL 550 Roadster | $0.00 | $1.00 | | $0.00 | FA |
| 23 | Maxim Valuations Inc. Property Valuation, Retainer (Prepaid) 2932 Hidden Harbour Ct Fort Lauderdale, FL 33312 | $10,000.00 | $10,000.00 | | $7,000.00 | FA |
| 24 | Glass Ratner Advisory & Capital Advisory Services, Retainer (Prepaid) 3424 Peachtree Rd, NE, Ste 2150 Atlanta, GA 30326 | $5,000.00 | $5,000.00 | | $0.00 | FA |
| 25 | Cherry Bekaert LLP Partnership Tax Services, Retainer (Prepaid) 200 E Broward Blvd, Ste 2000 Fort Lauderdale, FL 33301 | $7,500.00 | $7,500.00 | | $0.00 | FA |
| 26 | State of Florida Tax Refund (u) | $0.00 | $0.00 | | $177.29 | FA |
| 27 | Sheraton Funds Turnover (u) | $0.00 | $8,918.37 | | $8,918.37 | FA |

**TOTALS (Excluding unknown value)**   $2,314,502.16   $2,323,423.53   **Gross Value of Remaining Assets**   $29,492.07   $0.00

**Major Activities affecting case closing:**

FORM 1  
Page No: 3  
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**  
Exhibit 8  
**ASSET CASES**

| Case No.: | 14-32827-PGH | Trustee Name: | Kenneth A. Welt |
|---|---|---|---|
| Case Name: | MAPUCHE LLC | Date Filed (f) or Converted (c): | 10/14/2014 (f) |
| For the Period Ending: | 4/21/2020 | §341(a) Meeting Date: | 11/19/2014 |
| | | Claims Bar Date: | 02/17/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| | |
|---|---|
| 12/31/2018 | Motion to Destroy Certain of the Debtor's Book, Records and Computer Services, in addition to Motion for Payment of Associated Charges filed in jointly administered case #18-32819 US Capital Fashion Mall, LLC; hearing scheduled for 2/2/19; Professional fee applications and tax returns due; TFR to follow. |
| 12/31/2017 | Assets #4, #8 and #22 with a value of $1.00 is listed as the original schedules indicated an unknown value. |
| 12/31/2016 | Case in progress and being jointly administered with US Capital/Fashion Mall #14-32819 and US Capital Holdings, LLC #14-32822 |
| 12/31/2016 | Case in progress and being jointly administered with US Capital/Fashion Mall #14-32819 and US Capital Holdings, LLC #14-32822. (LB) |
| 12/31/2015 | Case in progress and being jointly administered with US Capital/Fashion Mall #14-32819 and US Capital Holdings, LLC #14-32822. (LB) |
| 02/01/2015 | Case in progress and being jointly administered with US Capital/Fashion Mall #14-32819 and US Capital Holdings, LLC #14-32822. (LB) |

| | | |
|---|---|---|
| Initial Projected Date Of Final Report (TFR): | 06/30/2016 | /s/ KENNETH A. WELT |
| Current Projected Date Of Final Report (TFR): | 12/31/2018 | KENNETH A. WELT |

Page No: 1    Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-32827-PGH | | | Trustee Name: | Kenneth A. Welt |
|---|---|---|---|---|---|
| Case Name: | MAPUCHE LLC | | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0210 | | | Checking Acct #: | ******2701 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Checking - 5425 |
| For Period Beginning: | 10/14/2014 | | | Blanket bond (per case limit): | $52,222,000.00 |
| For Period Ending: | 4/21/2020 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/22/2014 | | Bank of America | Funds received from accounts ending in: #5412 - $199.11 #5425 - $13,197.26 | * | $13,396.37 | | $13,396.37 |
| | {2} | | $199.11 | 1129-000 | | | $13,396.37 |
| | {1} | | $13,197.26 | 1129-000 | | | $13,396.37 |
| 10/22/2014 | | Transfer To: #*********2702 | Transfer to bank account where proceeds originated from. | 9999-000 | | $199.11 | $13,197.26 |
| 10/29/2014 | (23) | Maxim Valuations, Inc. | Return of retainer amount, net of professional business blauation services rendered June - July, 2014 | 1129-000 | $7,000.00 | | $20,197.26 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $10.07 | $20,187.19 |
| 11/17/2014 | 11001 | Premium Assignment Corporation | Per Interim Operating Order D.E. #49 dated 11/12/14. Insurance Loan #507554 | 2420-000 | | $17,351.75 | $2,835.44 |
| 11/17/2014 | 11002 | Fire Alarm Systems & Security | Per Interim Operating Order D.E. #49 dated 11/12/14. Inv # R40727 | 2990-000 | | $21.54 | $2,813.90 |
| 11/17/2014 | 11003 | Florida Power & Light | Per Interim Operating Order D.E. #49 dated 11/12/14. Acct #75346-37546 | 2990-000 | | $26.90 | $2,787.00 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $20.37 | $2,766.63 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.46 | $2,762.17 |
| 01/07/2015 | 11004 | Florida Power & Light | Per Second Interim Operating Order ECF #122 dated 12/8/14. Acct #49157-444548 $770.88 | 2990-000 | | $770.88 | $1,991.29 |
| 01/07/2015 | 11005 | Florida Power & Light | Per Second Interim Operating Order ECF #122 dated 12/8/14. Acct #29997-74454 $117.00 | 2990-000 | | $117.00 | $1,874.29 |
| 01/12/2015 | (26) | State of Florida | Tax Refund | 1224-000 | $177.29 | | $2,051.58 |
| 01/20/2015 | 11006 | International Sureties, Ltd. | Chapter 7 Blanket Bond #016027932 for period 1/1/2015 to 1/1/2016 | 2300-000 | | $2.68 | $2,048.90 |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $3.68 | $2,045.22 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $2.98 | $2,042.24 |
| 03/25/2015 | | Trustee Services, Inc. | Bond reimbursement | 2300-002 | | ($1.02) | $2,043.26 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $3.18 | $2,040.08 |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $3.18 | $2,036.90 |

SUBTOTALS   $20,573.66   $18,536.76

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-32827-PGH | | Trustee Name: | Kenneth A. Welt |
|---|---|---|---|---|
| Case Name: | MAPUCHE LLC | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0210 | | Checking Acct #: | ******2701 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking - 5425 |
| For Period Beginning: | 10/14/2014 | | Blanket bond (per case limit): | $52,222,000.00 |
| For Period Ending: | 4/21/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $3.28 | $2,033.62 |
| 06/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $3.17 | $2,030.45 |
| 07/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $3.48 | $2,026.97 |
| 08/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $3.05 | $2,023.92 |
| 09/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $3.16 | $2,020.76 |
| 10/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $3.36 | $2,017.40 |
| 11/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $3.04 | $2,014.36 |
| 12/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $3.25 | $2,011.11 |
| 01/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $3.24 | $2,007.87 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $3.03 | $2,004.84 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $3.23 | $2,001.61 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $3.22 | $1,998.39 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $3.12 | $1,995.27 |
| 06/22/2016 | | Transfer From: #*********2702 | | 9999-000 | $192.36 | | $2,187.63 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $3.20 | $2,184.43 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $3.52 | $2,180.91 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $3.51 | $2,177.40 |
| 09/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $3.62 | $2,173.78 |
| 10/10/2016 | (27) | Gray Robinson | ECF #770 dated 9/21/16 Order | 1241-000 | $8,918.37 | | $11,092.15 |
| 10/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $13.03 | $11,079.12 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $17.30 | $11,061.82 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $17.85 | $11,043.97 |
| 01/24/2017 | 11007 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $3.42 | $11,040.55 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $17.82 | $11,022.73 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $16.06 | $11,006.67 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $18.90 | $10,987.77 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $16.01 | $10,971.76 |

**SUBTOTALS** $9,110.73   $175.87

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 14-32827-PGH | | | Trustee Name: | Kenneth A. Welt |
|---|---|---|---|---|---|
| Case Name: | MAPUCHE LLC | | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0210 | | | Checking Acct #: | ******2701 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Checking - 5425 |
| For Period Beginning: | 10/14/2014 | | | Blanket bond (per case limit): | $52,222,000.00 |
| For Period Ending: | 4/21/2020 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $17.70 | $10,954.06 |
| 06/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $18.24 | $10,935.82 |
| 07/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $16.50 | $10,919.32 |
| 08/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $17.62 | $10,901.70 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $17.59 | $10,884.11 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $16.99 | $10,867.12 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $16.97 | $10,850.15 |
| 12/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $17.50 | $10,832.65 |
| 01/30/2018 | 11008 | International Sureties, Ltd. | Chapter 7 Blanket Bond Premium Allocation Term 1/1/18 - 1/1/19  Bond #016027932 | 2300-000 | | $3.33 | $10,829.32 |
| 01/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $17.48 | $10,811.84 |
| 02/28/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $15.75 | $10,796.09 |
| 03/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $17.98 | $10,778.11 |
| 04/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $16.27 | $10,761.84 |
| 05/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $17.36 | $10,744.48 |
| 06/29/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $17.33 | $10,727.15 |
| 07/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $16.75 | $10,710.40 |
| 08/21/2018 | 11009 | Cherry Bekaert LLP | Per Order dated 7/26/18, Doc #1134.  Distribution to Creditors. | 7100-000 | | $1,782.00 | $8,928.40 |
| 08/21/2018 | 11010 | GlassRatner Advisory & Capital Group LLC | Per Order dated 7/26/18, Doc #1134.  Distribution to Creditors. | 7100-000 | | $1,681.88 | $7,246.52 |
| 08/21/2018 | 11011 | Berger Singerman LLP | Per Order dated 7/26/18, Doc #1134.  Distribution to Creditors. | 7100-000 | | $4,156.62 | $3,089.90 |
| 08/21/2018 | 11012 | Internal Revenue Service | Per Order dated 7/26/18, Doc #1134.  Distribution to Creditors. | 5800-000 | | $2,106.05 | $983.85 |
| 08/21/2018 | 11013 | Internal Revenue Service | Per Order dated 7/26/18, Doc #1134.  Distribution to Creditors. | 7100-000 | | $632.21 | $351.64 |
| 08/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $18.34 | $333.30 |

| | | | | SUBTOTALS | $0.00 | $10,638.46 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-32827-PGH | Trustee Name: | Kenneth A. Welt |
|---|---|---|---|
| Case Name: | MAPUCHE LLC | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0210 | Checking Acct #: | ******2701 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking - 5425 |
| For Period Beginning: | 10/14/2014 | Blanket bond (per case limit): | $52,222,000.00 |
| For Period Ending: | 4/21/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/17/2018 | | US Capital Fashion Mall | Transfer from related case US Capital Fashion Mall | 1290-002 | $20,712.88 | | $21,046.18 |
| 09/17/2018 | 11014 | LNT TRUCKING INC. | Per Order dated 7/26/18, Doc #1134.  Distribution to Creditors. | 7100-000 | | $8,470.51 | $12,575.67 |
| 09/17/2018 | 11015 | A. Frank Hicks | Per Order dated 7/26/18, Doc #1134.  Distribution to Creditors. | 7100-000 | | $4,004.44 | $8,571.23 |
| 09/17/2018 | 11016 | DeSouza Law, PA | Per Order dated 7/26/18, Doc #1134.  Distribution to Creditors. | 7100-000 | | $8,237.93 | $333.30 |
| 09/27/2018 | | US Capital | Transfer from US Capital Main Case | 1290-002 | $2,343.90 | | $2,677.20 |
| 09/27/2018 | 11017 | Document Technologies | Per Order dated 7/26/18, Doc #1134.  Distribution to Creditors. | 7100-000 | | $2,343.90 | $333.30 |
| 10/02/2018 | 11012 | VOID: Internal Revenue Service | IRS returned the check with a note that their claim was paid in full. | 5800-003 | | ($2,106.05) | $2,439.35 |
| 01/28/2019 | 11018 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $0.73 | $2,438.62 |
| 05/31/2019 | | Fashion Mall | Transfer Funds | 1290-002 | $1,969,254.04 | | $1,971,692.66 |
| 05/31/2019 | | Fashion Holdings | Transfer Funds from US Capital Holdings #14-32822. | 1290-002 | $3,005.32 | | $1,974,697.98 |
| 06/04/2019 | 11009 | STOP PAYMENT: Cherry Bekaert LLP | Per Order dated 7/26/18, Doc #1134.  Distribution to Creditors. | 7100-004 | | ($1,782.00) | $1,976,479.98 |
| 08/19/2019 | | US Capital Fashion Mall | Transfer from US Capital Fashion Mall case #14-32819 Jointly administered estate. | 9999-000 | $6,136.24 | | $1,982,616.22 |
| 10/02/2019 | 11019 | Cherry Bekaert LLP | Claim #: 1; Amount Allowed: 2,262.77; Distribution Dividend: 100.00; Account Number: ; | 7100-000 | | $2,262.77 | $1,980,353.45 |
| 10/02/2019 | 11020 | GlassRatner Advisory &#038; Capital Group LLC | Claim #: 2; Amount Allowed: 2,135.64; Distribution Dividend: 100.00; Account Number: ; | 7100-000 | | $453.76 | $1,979,899.69 |
| 10/02/2019 | 11021 | Clerk, US Bankruptcy Court | Small Dividends | * | | $0.11 | $1,979,899.58 |
| | | | Claim Amount                           $(0.11) | 7300-001 | | | $1,979,899.58 |
| 10/02/2019 | 11022 | Berger Singerman LLP | Claim #: 4; Amount Allowed: 5,278.04; Distribution Dividend: 100.00; Account Number: ; | 7100-000 | | $1,121.42 | $1,978,778.16 |
| 10/02/2019 | 11023 | DeSouza Law, PA | Claim #: 6; Amount Allowed: 10,460.46; Distribution Dividend: 100.00; Account Number: ; | 7100-000 | | $2,222.53 | $1,976,555.63 |

**SUBTOTALS**    $2,001,452.38    $25,230.05

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-32827-PGH | Trustee Name: | Kenneth A. Welt |
|---|---|---|---|
| Case Name: | MAPUCHE LLC | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0210 | Checking Acct #: | ******2701 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking - 5425 |
| For Period Beginning: | 10/14/2014 | Blanket bond (per case limit): | $52,222,000.00 |
| For Period Ending: | 4/21/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/02/2019 | 11024 | Document Technologies | Claim #: 8; Amount Allowed: 2,976.27; Distribution Dividend: 100.00; Account Number: ; | 7100-000 | | $632.37 | $1,975,923.26 |
| 10/02/2019 | 11025 | De Lage Landen Financial Services | Claim #: 9; Amount Allowed: 6,855.10; Distribution Dividend: 100.00; Account Number: ; | 7100-000 | | $6,855.10 | $1,969,068.16 |
| 10/02/2019 | 11026 | ASIANINVESTMENT, LLC | Claim #: 12; Amount Allowed: 1,966,782.89; Distribution Dividend: 100.00; Account Number: ; | 7100-000 | | $1,966,782.89 | $2,285.27 |
| 10/02/2019 | 11027 | LNT TRUCKING INC. | Claim #: 14; Amount Allowed: 10,755.78; Distribution Dividend: 100.00; Account Number: ; | 7100-000 | | $2,285.27 | $0.00 |
| 11/13/2019 | 11026 | VOID: ASIANINVESTMENT, LLC | | 7100-003 | | ($1,966,782.89) | $1,966,782.89 |
| 11/13/2019 | 11028 | Meland, Russin & Budwick PA, Truste Acct | Claim #: 12; Amount Allowed: 1,966,782.89; Distribution Dividend: 100.00; Account Number: ; | 7100-000 | | $1,966,782.89 | $0.00 |
| 12/31/2019 | 11027 | STOP PAYMENT: LNT TRUCKING INC. | Claim #: 14; Amount Allowed: 10,755.78; Distribution Dividend: 100.00; Account Number: ; | 7100-004 | | ($2,285.27) | $2,285.27 |
| 12/31/2019 | 11024 | STOP PAYMENT: Document Technologies | Claim #: 8; Amount Allowed: 2,976.27; Distribution Dividend: 100.00; Account Number: ; | 7100-004 | | ($632.37) | $2,917.64 |
| 12/31/2019 | 11029 | Clerk, US Bankruptcy Court | Unclaimed Funds; Claim 8 Document Technologies; Claim 14 LNT Trucking | * | | $2,917.64 | $0.00 |
| | | | $(2,285.27) | 7100-001 | | | $0.00 |
| | | | $(632.37) | 7100-001 | | | $0.00 |

| | | | | | SUBTOTALS | $0.00 | $1,976,555.63 |

Page No: 6    Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 14-32827-PGH | Trustee Name: | Kenneth A. Welt |
|---|---|---|---|
| Case Name: | MAPUCHE LLC | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0210 | Checking Acct #: | ******2701 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking - 5425 |
| For Period Beginning: | 10/14/2014 | Blanket bond (per case limit): | $52,222,000.00 |
| For Period Ending: | 4/21/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $2,031,136.77 | $2,031,136.77 | $0.00 |
| | | | Less: Bank transfers/CDs | | $6,328.60 | $199.11 | |
| | | | Subtotal | | $2,024,808.17 | $2,030,937.66 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $2,024,808.17 | $2,030,937.66 | |

For the period of 10/14/2014 to 4/21/2020

| | |
|---|---:|
| Total Compensable Receipts: | $29,492.03 |
| Total Non-Compensable Receipts: | $1,995,316.14 |
| Total Comp/Non Comp Receipts: | $2,024,808.17 |
| Total Internal/Transfer Receipts: | $6,328.60 |
| | |
| Total Compensable Disbursements: | $2,030,937.66 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,030,937.66 |
| Total Internal/Transfer Disbursements: | $199.11 |

For the entire history of the account between 10/16/2014 to 4/21/2020

| | |
|---|---:|
| Total Compensable Receipts: | $29,492.03 |
| Total Non-Compensable Receipts: | $1,995,316.14 |
| Total Comp/Non Comp Receipts: | $2,024,808.17 |
| Total Internal/Transfer Receipts: | $6,328.60 |
| | |
| Total Compensable Disbursements: | $2,030,937.66 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,030,937.66 |
| Total Internal/Transfer Disbursements: | $199.11 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-32827-PGH | Trustee Name: | Kenneth A. Welt |
|---|---|---|---|
| Case Name: | MAPUCHE LLC | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0210 | Checking Acct #: | ******2702 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking - 5412 |
| For Period Beginning: | 10/14/2014 | Blanket bond (per case limit): | $52,222,000.00 |
| For Period Ending: | 4/21/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/22/2014 | | Transfer From: #*********2701 | Transfer to bank account where proceeds originated from. | 9999-000 | $199.11 | | $199.11 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $0.11 | $199.00 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $0.29 | $198.71 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $0.32 | $198.39 |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $0.33 | $198.06 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $0.28 | $197.78 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $0.30 | $197.48 |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $0.30 | $197.18 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $0.31 | $196.87 |
| 06/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $0.30 | $196.57 |
| 07/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $0.33 | $196.24 |
| 08/20/2015 | (2) | Bank of America | Funds from closed bank account | 1129-000 | $0.04 | | $196.28 |
| 08/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $0.29 | $195.99 |
| 09/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $0.30 | $195.69 |
| 10/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $0.32 | $195.37 |
| 11/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $0.29 | $195.08 |
| 12/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $0.31 | $194.77 |
| 01/11/2016 | 12001 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $0.89 | $193.88 |
| 01/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.31 | $193.57 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.29 | $193.28 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.31 | $192.97 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.31 | $192.66 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.30 | $192.36 |
| 06/22/2016 | | Transfer To: #*********2701 | | 9999-000 | | $192.36 | $0.00 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.21 | ($0.21) |
| 07/01/2016 | | Green Bank | Reverse bank fee | 2600-000 | | ($0.21) | $0.00 |
| | | | **SUBTOTALS** | | **$199.15** | **$199.15** | |

Page No: 8    Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 14-32827-PGH | |
| **Case Name:** | MAPUCHE LLC | |
| **Primary Taxpayer ID #:** | **-***0210 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 10/14/2014 | |
| **For Period Ending:** | 4/21/2020 | |

| | |
|---|---|
| **Trustee Name:** | Kenneth A. Welt |
| **Bank Name:** | Veritex Community Bank |
| **Checking Acct #:** | ******2702 |
| **Account Title:** | Checking - 5412 |
| **Blanket bond (per case limit):** | $52,222,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | TOTALS: | | $199.15 | $199.15 | $0.00 |
| | | | Less: Bank transfers/CDs | | $199.11 | $192.36 | |
| | | | Subtotal | | $0.04 | $6.79 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.04 | $6.79 | |

| For the period of 10/14/2014 to 4/21/2020 | | For the entire history of the account between 10/16/2014 to 4/21/2020 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.04 | Total Compensable Receipts: | $0.04 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.04 | Total Comp/Non Comp Receipts: | $0.04 |
| Total Internal/Transfer Receipts: | $199.11 | Total Internal/Transfer Receipts: | $199.11 |
| | | | |
| Total Compensable Disbursements: | $6.79 | Total Compensable Disbursements: | $6.79 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6.79 | Total Comp/Non Comp Disbursements: | $6.79 |
| Total Internal/Transfer Disbursements: | $192.36 | Total Internal/Transfer Disbursements: | $192.36 |

Page No: 9    Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| Case No. | 14-32827-PGH | Trustee Name: | Kenneth A. Welt |
| Case Name: | MAPUCHE LLC | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0210 | Checking Acct #: | ******2702 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking - 5412 |
| For Period Beginning: | 10/14/2014 | Blanket bond (per case limit): | $52,222,000.00 |
| For Period Ending: | 4/21/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $2,024,808.21 | $2,030,944.45 | $0.00 |

**For the period of 10/14/2014 to 4/21/2020**

| | |
|---|---|
| Total Compensable Receipts: | $29,492.07 |
| Total Non-Compensable Receipts: | $1,995,316.14 |
| Total Comp/Non Comp Receipts: | $2,024,808.21 |
| Total Internal/Transfer Receipts: | $6,527.71 |
| | |
| Total Compensable Disbursements: | $2,030,944.45 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,030,944.45 |
| Total Internal/Transfer Disbursements: | $391.47 |

**For the entire history of the case between 10/14/2014 to 4/21/2020**

| | |
|---|---|
| Total Compensable Receipts: | $29,492.07 |
| Total Non-Compensable Receipts: | $1,995,316.14 |
| Total Comp/Non Comp Receipts: | $2,024,808.21 |
| Total Internal/Transfer Receipts: | $6,527.71 |
| | |
| Total Compensable Disbursements: | $2,030,944.45 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,030,944.45 |
| Total Internal/Transfer Disbursements: | $391.47 |

/s/ KENNETH A. WELT

KENNETH A. WELT